

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00490-CV

———————————————

TIM BOTHE, Appellant

V.

CITY OF FORT WORTH; CITY OF MANSFIELD; TARRANT REGIONAL
WATER DISTRICT; TARRANT COUNTY; TARRANT COUNTY COLLEGE
DISTRICT; TARRANT COUNTY HOSPITAL DISTRICT; ARLINGTON
INDEPENDENT SCHOOL DISTRICT; FORT WORTH INDEPENDENT
SCHOOL DISTRICT; AND MANSFIELD INDEPENDENT SCHOOL DISTRICT,
Appellees

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-D31111-22

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Appellant Tim Bothe filed a letter with us seeking to dispute "the total amount due for delinquent taxes" claimed in a case still pending in the trial court. We have construed Bothe's letter as a notice of appeal.

The trial-court clerk informed us that the trial judge has not signed an order in this case. We wrote to Bothe to notify him that it appeared that his notice of appeal was premature because there was no final judgment or appealable order. *See* Tex. R. App. P. 26.1, 27.1(a). We gave the parties 20 days to provide us with a signed copy of the order Bothe seeks to appeal, *see* Tex. R. App. P. 44.3, 44.4(a)(2), and warned that if the parties failed to do so, we would dismiss this appeal for want of jurisdiction, *see* Tex. R. App. P. 42.3(a), 43.2(f).

Twenty days have passed, and we have not a received a signed copy of a final judgment or appealable order. We thus dismiss this appeal for want of jurisdiction.[1] *See* Tex. R. App. P. 42.3(a), 43.2(f); *see Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that an appellate court has jurisdiction over appeals from final judgments and from certain interlocutory orders made appealable by statute).

---

[1]This is Bothe's second attempted appeal in this case. *See Bothe v. City of Fort Worth*, No. 02-22-00104-CV, 2022 WL 1682144, at *1 (Tex. App.—Fort Worth May 26, 2022, no pet.) (mem. op.). We dismissed his first appeal for the same jurisdictional defect. *See id.*

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  February 2, 2023